**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Harold Simmons, Jr., Appellant,

v.

Charleston County Family Court, Paul W. Garfinkel and South Carolina Department of Social Services, Pamela Brown, Respondents.

Appellate Case No. 2011-186587

---

Appeal From Charleston County
Roger M. Young, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-406
Submitted October 1, 2013 – Filed November 6, 2013

---

**AFFIRMED**

---

Harold Simmons, Jr., of Charleston, pro se.

James A. Stuckey, Jr., and Alissa R. Collins, both of Stuckey Law Offices, LLC, of Charleston, for Respondents.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *B & A Dev., Inc. v. Georgetown Cnty.*, 372 S.C. 261, 271, 641 S.E.2d

888, 894 (2007) ("It is well settled that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial court to be preserved for appellate review."); *I'On, L.L.C. v. Town of Mt. Pleasant*, 338 S.C. 406, 422, 526 S.E.2d 716, 724 (2000) (holding that, if the losing party has raised an issue in the lower court, but the court fails to rule upon it, the party must file a Rule 59(e) motion to alter or amend the judgment in order to preserve the issue for appellate review).

**AFFIRMED.**[1]

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.